# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:12-CR-37 |
| | ) | |
| BRADLEY WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Bradley Walker (DE #15) filed on May 9, 2012. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Bradley Walker, and **FINDS** the Defendant guilty of Count 1 of the indictment.

This matter is set for sentencing on August 15, 2012, at 1:00 p.m.

**DATED: May 29, 2011**　　　　　　　　　　/s/RUDY LOZANO, Judge
　　　　　　　　　　　　　　　　　　　**United States District Court**